Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: afugazzi@swlaw.com
         wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National
Association and Wells Fargo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>          Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>          Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTION TO DISMISS (ECF NO. 43)**<br><br>**(FIRST REQUEST)** |

US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and

Snell & Wilmer

L.L.P.

LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

1   Wells Fargo Bank, N.A. (together with US Bank, "Plaintiffs"), Villa Vecchio Ct. Trust ("Villa

2   Vecchio"), Absolute Collection Services, LLC ("Absolute"), and The Foothills at Southern

3   Highlands Homeowners Association (the "Foothills HOA") (together with Plaintiffs, Villa

4   Vecchio, and Absolute the "Parties"), respectfully request the Court enter an order, pursuant to

5   Local Rule IA 6-1, extending the deadline for Plaintiffs to respond to the Motion to Dismiss filed

6   by Defendants Absolute and Foothills HOA (ECF No. 43) ("Motion to Dismiss"). The current

7   deadline for any response to the Motion to Dismiss that the Parties seek to extend is currently

8   scheduled for September 27, 2018, and has not expired. The Parties seek an extension until

9   **October 15, 2018**.

10      This is the Parties' first request to extend the deadline for filing responses to the Motion to

11  Dismiss and is not made for any deleterious purposes or to unnecessarily delay these proceedings.

12  Rather, the Parties seek this extension in good faith for the benefit of the parties to discuss

13  potential resolution of the Motion to Dismiss and to conserve party and judicial resources.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Therefore the Parties stipulate to extend the deadline for filing any response to the Motion to Dismiss until October 15, 2018, and request the Court enter an order extending the deadline.

DATED this 24th day of September, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.

By:   */s/ Adam R. Trippiedi*
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    Adam R. Trippiedi, Esq.
    Nevada Bar No. 12294
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    *Attorneys for Villa Vecchio Ct. Trust*

DATED this 24th day of September, 2018.

SNELL & WILMER L.L.P.

By:   */s/ Wayne Klomp*
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for US Bank and Wells Fargo*

DATED this 24th day of September, 2018.

ABSOLUTE COLLECTION SERVICES, LLC

By:   */s/ Shane D. Cox*
    Shane D. Cox, Esq.
    Nevada Bar No. 13852
    7485 W. Azure Dr., Suite 129
    Las Vegas, Nevada 89130
    *Attorneys for Absolute Collection Services, LLC and The Foothills at Southern Highlands Homeowners Association*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 24, 2018

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing on all parties appearing herein by the method indicated:

_____  U.S. Mail

_____  U.S. Certified Mail

_____  Electronic Mail (E-mail)

_____  Overnight Mail

_____  Federal Express

_____  Hand Delivery

_____X_____  Electronic Filing

DATED:  September 24, 2018.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440