Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National Association and Wells Fargo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ABSOLUTE COLLECTION SERVICES, LLC AND THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE** |

US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and

Wells Fargo Bank, N.A. (together with US Bank, "Plaintiffs"), Absolute Collection Services, LLC ("Absolute"), and The Foothills at Southern Highlands Homeowners Association (the "Foothills HOA") (together with Plaintiffs and Absolute the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 176-36-514-048, commonly known as 5147 Villa Vecchio Ct., Las Vegas, Nevada 89141 (the "Property");

WHEREAS, Plaintiffs filed their Complaint on January 17, 2017, alleging several causes of action against Absolute and Foothills HOA; and

WHEREAS, Foothills HOA and Absolute disclaim any ownership interest in the Property.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to Foothills HOA and Absolute only, with each party to bear its own fees/costs.

2. Foothills HOA and Absolute shall be bound by any non-monetary final order, judgment or decree as to the disposition of the Property and the validity of the NRS 116 foreclosure sale of the Property.

3. Any statute of limitations for the causes of action asserted against Foothills HOA and Absolute in the Complaint shall be tolled from the date this Stipulation is signed by the parties until the litigation is fully and finally concluded.

4. Foothills HOA and Absolute agree to produce their files related to this Property. Plaintiffs reserve their rights under the Federal Rules of Civil Procedure to serve Foothills HOA and Absolute with a subpoena for any additional documents or information.

5. Foothills HOA and Absolute agree to produce to Plaintiffs' attorneys of record a knowledgeable witness for deposition regarding the facts and circumstances in this case at a mutually convenient time and location and without the need for a subpoena. Foothills HOA and Absolute will also produce a similar witness for trial, if necessary.

6. Upon filing of this Stipulation, Foothills HOA's and Absolute's Motion to Dismiss (ECF No. 43) shall be deemed withdrawn.

7. The above filing shall be subject to re-filing (even if amended based upon new factual or legal authority) if Foothills HOA or Absolute remains or again become a party to this action or any other action pertaining the HOA foreclosure sale at issue in this matter.

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

DATED this 12th day of October, 2018.

ABSOLUTE COLLECTION SERVICES, LLC

By: */s/ Shane D. Cox*
Shane D. Cox, Esq.
Nevada Bar No. 13852
7485 W. Azure Dr., Suite 129
Las Vegas, Nevada 89130
*Attorneys for Absolute Collection Services, LLC and The Foothills at Southern Highlands Homeowners Association*

DATED this 12th day of October, 2018.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: October 15, 2018