Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
        wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National
Association and Wells Fargo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association; | Case No. 2:17-cv-00143-MMD-VCF |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO VILLA VECCHIO CT. TRUST'S RENEWED MOTION TO DISMISS COMPLAINT** |
| vs. | **(FIRST REQUEST)** |
| VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; | |
| Defendants. | |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia

Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage

Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

("US Bank") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with US Bank, "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with Plaintiffs and Villa Vecchio, the "Parties"), through their counsel hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for Plaintiffs to respond to Villa Vecchio's Renewed Motion to Dismiss Complaint (ECF No. 53) otherwise due on June 19, 2019. The Parties request that the time be extended to July 10, 2019.

The Parties are currently considering stipulations to limit the issues in the Renewed Motion to Dismiss or to brief the issues in summary judgment, which motions are due July 31, 2019. The outcome of those considerations will very likely conserve judicial and party resources. Additionally, Villa Vecchio has recently retained its undersigned counsel who needs additional time to consider the stipulations. Therefore, the stipulation and extension are made by the Parties in good faith for the benefit of each. The Stipulation is made for the benefit of the Parties and the Court and not for any deleterious purpose nor to delay these proceedings.

DATED this 19th day of June, 2019.

ROGER P. CROTEAU & ASSOCIATES

By:    /s/ Roger P. Croteau
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy E. Rhoda, Esq.
    Nevada Bar No. 7878
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Villa Vecchio Ct. Trust*

DATED this 19th day of June, 2019.

SNELL & WILMER L.L.P.

By:    /s/ Wayne Klomp
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 21, 2019
_____

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing on all parties appearing herein by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| X | Electronic Filing |

DATED:  June 19, 2019.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440