Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National Association and Wells Fargo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO VILLA VECCHIO CT. TRUST'S RENEWED MOTION TO DISMISS COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301

1  ("US Bank") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with US Bank, "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with Plaintiffs and Villa Vecchio, the "Parties"), through their counsel hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for Plaintiffs to respond to Villa Vecchio's Renewed Motion to Dismiss Complaint ("Renewed Motion to Dismiss," ECF No. 53) otherwise due on July 10, 2019. The Parties request that the time be extended to July 19, 2019. This is the Parties' second request for an extension of time and is based on the following:

Previously, the Parties sought an extension of time in order to meet and confer regarding either the potential to dismiss certain of Plaintiffs' claims, withdraw the Renewed Motion to Dismiss, or otherwise limit the issues contained in the Renewed Motion to Dismiss. The Parties have not yet reached resolution of those issues, but plan to at least dismiss two of Plaintiffs' claims by stipulation thus limiting the issues in the Renewed Motion to Dismiss and conserving judicial and Party resources. The Parties believe that this additional extension will suffice to allow them to continue to consider alternatives to fully briefing the issues raised in the Motion to Dismiss.

Thus, the Parties continue to consider stipulations to limit the issues in the Renewed Motion to Dismiss or to brief the issues in summary judgment, which motions are due July 31, 2019. The outcome of those considerations will conserve judicial and party resources as identified above. Additionally, Villa Vecchio has recently retained its undersigned counsel who needs additional time to consider the stipulations potentially dismissing several of Plaintiffs' claims and withdrawing the Renewed Motion to Dismiss. Therefore, the stipulation and extension are made by the Parties in good faith for the benefit of each and for the benefit of the Court.

///

///

///

The Stipulation is made for the benefit of the Parties and the Court and not for any deleterious purpose nor to delay these proceedings.

DATED this 10th day of July, 2019.

ROGER P. CROTEAU & ASSOCIATES

By: /s/ Timothy E. Rhoda
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy E. Rhoda, Esq.
    Nevada Bar No. 7878
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Villa Vecchio Ct. Trust*

DATED this 10th day of July, 2019.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 11, 2019

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing on all parties appearing herein by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ____X____ | Electronic Filing |

DATED:   July 10, 2019.

                                                */s/ Lara J. Taylor*
                                                An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440