Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**ORDER RE:**<br>STIPULATION AND ORDER TO WITHDRAW VILLA VECCHIO CT. TRUST'S RENEWED MOTION TO DISMISS COMPLAINT |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

("US Bank") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with US Bank, "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with Plaintiffs and Villa Vecchio, the "Parties"), through their counsel of record hereby stipulate and agree that Villa Vecchio's Renewed Motion to Dismiss Complaint (ECF No. 53) is withdrawn without prejudice. The Parties enter this Stipulation based on the fact that they have stipulated to dismiss Plaintiffs' Third and Fourth Claims for Relief (ECF No. 60) which moots a portion of the Motion to Dismiss. And further, the Parties understand and agree that the arguments raised in the Motion to Dismiss are likely to be raised in briefing on cross motions for summary judgment, due July 31. The Parties thus enter this Stipulation to conserve party and judicial resources by avoiding duplicative briefing, and not to prejudice any party.

The Parties respectfully request that the Court grant this Stipulation withdrawing the Motion to Dismiss

DATED this 19 day of July, 2019.

ROGER P. CROTEAU & ASSOCIATES

By: /s/ Roger P. Croteau
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy E. Rhoda, Esq.
    Nevada Bar No. 7878
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Villa Vecchio Ct. Trust*

DATED this 19 day of July, 2019.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 22, 2019