Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**ORDER RE:**<br>STIPULATION AND ORDER TO DISMISS PLAINTIFFS' THIRD AND FOURTH CLAIMS FOR RELIEF |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301

("US Bank") and Wells Fargo Bank, N.A. ("Wells Fargo" and together with US Bank, "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with Plaintiffs and Villa Vecchio, the "Parties"), through their counsel of record hereby respectfully request the Court enter an order dismissing Plaintiffs' Third Claim for Relief for wrongful foreclosure and Plaintiffs' Fourth Claim for Relief for violation of NRS 116.3116 et seq. *See* Complaint (ECF No. 1). Each party shall bear its own costs and fees.

The Parties respectfully request that the Court grant this Stipulation dismissing the claims identified above.

DATED this 19 day of July, 2019.

ROGER P. CROTEAU & ASSOCIATES

By: */s/ Roger P. Croteau*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Villa Vecchio Ct. Trust*

DATED this 19 day of July, 2019.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: July 22, 2019