Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
       wklomp@swlaw.com

*Attorneys for US Bank National Association and Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No. 2:17-cv-00143-MMD-VCF<br><br>**PROPOSED ORDER REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT** |

This action involves a dispute regarding superior interests in the real property known as 5147 Villa Vecchio Ct., Las Vegas, Nevada 89141, APN 176-36-514-048 (the "Property"). The litigants each filed affirmative claims for quiet title seeking to declare their interest in the Property superior to the other litigants' claims.

On July 31, 2019, Plaintiffs and Counter-Defendants US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 ("US Bank") and Wells Fargo Bank, N.A. ("Wells Fargo," and with US Bank, "Plaintiffs") filed their Motion for Summary Judgment (ECF No. 65). On the same date, Defendant and Counter-Claimant Villa Vecchio Ct. Trust ("Villa Vecchio" or "Defendant") filed its Motion for Summary Judgment (ECF No. 64). The cross motions for summary judgment came before this court for oral argument on February 14, 2020. Having considered the pleadings and papers on file and heard the oral argument of counsel, the Court issued its findings of fact and conclusions of law on the record at the motion hearing as also indicated in the Minute Order dated February 19, 2020 (ECF No. 72).

And as more fully set forth in the transcript of the motion hearing, which is incorporated as though set forth herein, the Court takes judicial notice of the publicly available documents attached as exhibits to Plaintiffs' Motion for Summary Judgment. *Disabled Rights Action Comm. V. Las Vegas Events, Inc.*, 375 F.3d 861, 866 & n.1 (9th Cir. 2004).

After reciting findings on the record, which are also incorporated herein, the Court held that US Bank's Deed of Trust survived the homeowners' association foreclosure sale of the Property and remains a valid property interest encumbering the Property because the super-priority lien portion of the HOA's lien was satisfied prior to the foreclosure sale. Based upon that holding, the Court rules as follows:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF No. 64) is denied, and judgment is entered against Defendant Villa Vecchio on its Counterclaims (ECF No. 52).

IT IS FURTHER ORDERED that Plaintiffs' Motion for Summary Judgment (ECF No. 65) is granted, and the Court holds that the Deed of Trust survived the association foreclosure sale because the super-priority lien was satisfied by the borrower prior to the HOA's foreclosure sale.

IT IS FURTHER ORDERED that Plaintiffs' remaining claims as set forth in its Complaint (ECF No. 1) are dismissed as moot.

IT IS FURTHER ORDERED that, there being no further claims as against any remaining party, the Clerk of the Court shall enter Judgment in favor of Plaintiffs and close the case.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: February 24, 2020

Respectfully submitted by:

 */s/ Wayne Klomp*
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Wayne Klomp, Esq. (NV Bar No. 10109)
SNELL & WILMER L.L.P.
50 W. Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for US Bank and Wells Fargo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 24, 2020.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.