Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: kdove@swlaw.com
          wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National Association and Wells Fargo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>                              Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>                              Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO VILLA VECCHIO CT. TRUST'S MOTION TO VACATE OR MODIFY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and

1  Wells Fargo Bank, N.A. (jointly "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa
2  Vecchio" and together with Plaintiffs, the "Parties"), through their counsel hereby respectfully
3  request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for
4  Plaintiffs to respond to Villa Vecchio's Motion to Vacate or Modify Judgment ("Motion to
5  Vacate," ECF No. 80) filed on June 2, 2020.  The Response is currently due on June 16, 2020.
6  The Parties request that the time be extended to June 23, 2020.  Villa Vecchio's reply brief will be
7  due June 30, 2020.

8      This is the Parties' first request for an extension of time on the response to the Motion to
9  Vacate and is made in good faith and not for any deleterious purpose nor to delay these
10 proceedings.  Rather the Parties entered into this stipulation at the Plaintiffs' request to provide
11 additional time for briefing the response.

12 DATED this 9th day of June, 2020.     DATED this 9th day of June, 2020.

LAW OFFICES OF     SNELL & WILMER L.L.P.
MICHAEL F. BOHN, ESQ. LTD.

By:    */s/ Adam R. Trippiedi*     By:    */s/ Wayne Klomp*
    Michael F. Bohn, Esq. (NV Bar 1641)     Kelly H. Dove, Esq. (NV Bar 10569)
    Adam R. Trippiedi, Esq. (NV Bar 12294)     3883 Howard Hughes Pkwy., Suite 1100
    2260 Corporate Circle, Suite 480     Las Vegas, Nevada 89169
    Henderson, Nevada 89074     Wayne Klomp, Esq. (NV Bar 10109)
    *Attorneys for Villa Vecchio Ct. Trust*     50 West Liberty Street, Suite 510
        Reno, Nevada  89501
        *Attorneys for US Bank and Wells Fargo*

23 **IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 12, 2020

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing on all parties appearing herein by the method indicated:

|  |  |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

DATED: June 9, 2020.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

- 3 -