Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: kdove@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiffs US Bank National Association and Wells F*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO VILLA VECCHIO CT. TRUST'S MOTION TO VACATE OR MODIFY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiffs US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and

Wells Fargo Bank, N.A. (jointly "Plaintiffs"), and Defendant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with Plaintiffs, the "Parties"), through their counsel hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 7-1, extending the time for Plaintiffs to respond to Villa Vecchio's Motion to Vacate or Modify Judgment ("Motion to Vacate," ECF No. 80) filed on June 2, 2020. The Response is currently due on June 23, 2020. The Parties request that the time be extended to July 7, 2020. Villa Vecchio's reply brief will be due July 14, 2020.

      This is the Parties' second request for an extension of time on the response to the Motion to Vacate and is made in good faith and not for any deleterious purpose nor to delay these proceedings. Rather the Parties entered into this stipulation at the Plaintiffs' request to provide additional time for briefing the response. The second request was necessitated by both the client and an involved attorney's time out of the office, and to allow sufficient time for review.

DATED this 19th day of June, 2020.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By:  */s/ Adam R. Trippiedi*
    Michael F. Bohn, Esq. (NV Bar 1641)
    Adam R. Trippiedi, Esq. (NV Bar 12294)
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    *Attorneys for Villa Vecchio Ct. Trust*

DATED this 19th day of June, 2020.

SNELL & WILMER L.L.P.

By:  */s/ Kelly H. Dove*
    Kelly H. Dove, Esq. (NV Bar 10569)
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, Nevada 89169
    Wayne Klomp, Esq. (NV Bar 10109)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for US Bank and Wells Fargo*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 23, 2020

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO VILLA VECCHIO CT. TRUST'S MOTION TO VACATE OR MODIFY JUDGMENT** on all parties appearing herein by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Electronic Mail (E-mail) |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

DATED: June 19, 2020.

                                    */s/ Maricris Williams*
                                An Employee of Snell & Wilmer L.L.P.