MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorneys for Defendant Villa Vecchio Ct. Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>　　　　　Defendants.<br><br>VILLA VECCHIO CT. TRUST,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION; and WELLS FARGO BANK, N.A.,<br><br>　　　　　Counter-defendants. | CASE NO.:   2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO VACATE OR MODIFY JUDGMENT**<br>　　(First Request) |

1

1    Plaintiffs US Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301, a National Association and Wells Fargo Bank, N.A., by and through it's attorney Kelly H. Dove, Esq., and defendant/Counterclaimant Villa Vecchio Ct. Trust, by and through its attorney, Michael F. Bohn, Esq., stipulate and agree pursuant to Local Rules IA6-1 and 7-1, to extend the time for defendants to respond to plaintiffs' opposition to the motion to vacate (ECF 86) filed on July 7, 2020 from July 14, 2020 until July 21, 2020.

   This is the first request for an extension of the defendants reply brief.

   DATED this 15th day of July, 2020.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | SNELL & WILMER, LLP |
|---|---|
| By: /s/ Michael F. Bohn, Esq./<br>Michael F. Bohn, Esq.<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>Attorney for plaintiff | By: /s/ /Kelly H. Dove, Esq./<br>Kelly H. Dove, Esq.<br>3883 Howard Hughes Pkwy # 1100<br>Las Vegas, Nevada 89169<br>Attorney for defendant Bank of America, N.A. |

   IT IS SO ORDERED this  15th  day of July, 2020

   _____
   UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Attorney for defendants

2