| | |
|---|---|
| 1 | Kelly H. Dove, Esq. |
| | Nevada Bar No. 10569 |
| 2 | Jennifer L. McBee, Esq. |
| | Nevada Bar No. 9110 |
| 3 | SNELL & WILMER L.L.P. |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 784-5200 |
| 5 | Facsimile: (702) 784-5252 |
| | kdove@swlaw.com |
| 6 | jmcbee@swlaw.com |

*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association; | Case No. 2:17-cv-00143-MMD-VCF |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS PURSUANT TO LR 7-2(B)** |
| vs. | **(FIRST REQUEST)** |
| VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; | |
| Defendants. | |
| VILLA VECCHIO CT. TRUST, a Nevada trust; | |
| Counterclaimant, | |
| vs. | |
| US BANK NATIONAL ASSOCIATION, AS | |

4872-1096-8158

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>                    Counter-Defendants. |

Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and Wells Fargo Bank, N.A. (jointly, "Plaintiffs"), and Defendant/Counterclaimant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with the Plaintiffs, the "Parties"), through their counsel, for good cause shown, hereby stipulate and agree to modify the briefing schedule set by LR 7-2(b) for the Parties' forthcoming respective motions for summary judgment. In support of this request, the Parties state the following:

1. Pursuant to the Court's April 11, 2023, Minute Order, the current deadline for the Parties to file their respective motions for summary judgment is June 9, 2023. [ECF No. 98.]

2. Pursuant to LR 7-2(b), the deadline to file oppositions to the motions for summary judgment is June 30, 2023, and the deadline to file replies in support of the motions for summary judgment is July 14, 2023.

3. Good cause exists to grant a modest one-week extension for the Parties to file oppositions and replies because lead counsel for Plaintiffs has immovable travel plans during the current briefing schedule, which will abbreviate time for client review.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That the deadline to file motions for summary judgment shall remain as June 9, 2023;

4872-1096-8158

2. That the deadline for the Parties to file oppositions to the motions for summary judgment shall be extended by one week, from June 30, 2023 to **July 7, 2023**; and

3. That the deadline for the Parties to file replies in support of the motions for summary judgment shall be extended by one week, from July 21, 2023 to **July 28, 2023**.

**IT IS SO STIPULATED.**

DATED this 27th day of April 2023.                          DATED this 27th day of April 2023.

SNELL & WILMER L.L.P.                                       ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Jennifer L. McBee                                   By: /s/ Christopher L. Benner
    Kelly H. Dove (NV Bar No. 10569)                       Roger P. Croteau (NV Bar 4958)
    Jennifer L. McBee (NV Bar No. 9110)                    Christopher L. Benner (NV Bar 8963)
    3883 Howard Hughes Pkwy., Suite 1100                   2810 Charleston Blvd., Ste. 67
    Las Vegas, Nevada 89169                                Las Vegas, NV 89102
*Attorneys for Plaintiffs/Counter-*                         *Attorneys for Defendant/Counterclaimant*
*Defendants US Bank National*                               *Villa Vecchio Ct. Trust*
*Association, as Trustee, and Wells*
*Fargo Bank, N.A.*

### ORDER

The Court having considered the foregoing Stipulation Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(B) (First Request) ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED:**

A. The Parties' Stipulation is approved;

B. The deadline for the Parties to file motions for summary judgment shall not be changed and shall remain as June 9, 2023;

C. The deadline for the Parties to file oppositions to the motions for summary judgment shall be extended by one week, from June 30, 2023 to **July 7, 2023**; and

D. The deadline for the Parties to file replies in support of the motions for summary judgment shall be extended by one week, from July 21, 2023 to **July 28, 2023**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED    5/1/2023

4872-1096-8158

## CERTIFICATE OF SERVICE

I hereby certify that on April 27th, 2023, I electronically filed the foregoing **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS PURSUANT TO LR 7-2(B) (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 27th day of April 2023.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.