Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association; <br><br> Plaintiffs, <br><br> vs. <br><br> VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; <br><br> Defendants. | Case No. 2:17-cv-00143-MMD-VCF <br><br> **ORDER GRANTING STIPULATION MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** <br><br> **(SECOND REQUEST)** |
| VILLA VECCHIO CT. TRUST, a Nevada trust; <br><br> Counterclaimant, <br><br> vs. <br><br> US BANK NATIONAL ASSOCIATION, AS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>                    Counter-Defendants. |

Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and Wells Fargo Bank, N.A. (jointly, "Plaintiffs"), and Defendant/Counterclaimant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with the Plaintiffs, the "Parties"), through their counsel, for good cause shown, hereby stipulate and agree to modify the briefing schedule set by LR 7-2(b) for the Parties' forthcoming respective motions for summary judgment. In support of this request, the Parties state the following:

1. On April 11, 2023, the Court issued its Minute Order setting a deadline of 60 days within which to file dispositive motions. [ECF No. 98.]

2. The current deadline for the Parties to file their respective motions for summary judgment is June 9, 2023. [ECF No. 98.]

3. On April 27, 2023, the Parties entered into a Stipulation and Order Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(b), extending the deadline for filing oppositions and replies to their yet-to-be-filed respective motions for summary judgment. [ECF No. 101.]

4. The current deadline to file motions for summary judgment is June 9, 2023, the current deadline to file oppositions to the motions for summary judgment is July 7, 2023, and the current deadline to file replies in support of the motions for summary judgment is July 28, 2023.

5. Good cause exists to grant a three-week extension for the Parties to file their respective motions for summary judgment, oppositions, and replies due to scheduling difficulties

with immovable summer travel, which will abbreviate time for preparation of the various briefs and client review.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That the deadline to file motions for summary judgment shall be extended from June 9, 2023 to **June 30, 2023**;

2. That the deadline for the Parties to file oppositions to the motions for summary judgment shall be extended from July 7, 2023 to **July 21, 2023**; and

3. That the deadline for the Parties to file replies in support of the motions for summary judgment shall be extended from July 28, 2023 to **August 18, 2023**.

**IT IS SO STIPULATED.**

DATED this 26th day of May 2023.

SNELL & WILMER L.L.P.

By: ___/s/ Jennifer L. McBee___
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

DATED this 26th day of May 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: ___/s/ Christopher L. Benner___
Roger P. Croteau (NV Bar 4958)
Christopher L. Benner (NV Bar 8963)
2810 Charleston Blvd., Ste. 67
Las Vegas, NV 89102
*Attorneys for Defendant/Counterclaimant Villa Vecchio Ct. Trust*

### ORDER

The Court having considered the foregoing Stipulation Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(B) (Second Request) ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED:**

A. That the Parties' Stipulation is approved;

B. That the deadline for the Parties to file motions for summary judgment shall be extended from June 9, 2023 to **June 30, 2023**;

C.  That the deadline for the Parties to file oppositions to the motions for summary judgment shall be extended from July 7, 2023 to **July 21, 2023**; and

D.  The deadline for the Parties to file replies in support of the motions for summary judgment shall be extended by one week, from July 28, 2023 to **August 18, 2023**.

**IT IS SO ORDERED.**

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE
DATED THIS 31st Day of May 2023.