Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association; | Case No. 2:17-cv-00143-MMD-VCF <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE MOTION TO REOPEN DISCOVERY** <br><br> **(FIRST REQUEST)** |
| Plaintiffs, | |
| vs. | |
| VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; | |
| Defendants. | |
| VILLA VECCHIO CT. TRUST, a Nevada trust; | |
| Counterclaimant, | |
| vs. | |
| US BANK NATIONAL ASSOCIATION, AS | |

4859-9438-2703

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>                Counter-Defendants. |

Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and Wells Fargo Bank, N.A. (jointly, "Wells Fargo"), and Defendant/Counterclaimant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with the Plaintiffs, the "Parties"), through counsel, for good cause shown, hereby stipulate and agree to modify the briefing schedule set for the Motion to Reopen Discovery to mirror the briefing schedule set for the Parties' respective motions for summary judgment. In support of this request, the Parties state the following:

1. On April 11, 2023, the Court issued its Minute Order setting a deadline of 60 days within which to file dispositive motions [ECF No. 98].

2. On April 27, 2023, the Parties entered into a Stipulation and Order Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(b), to extend the deadlines for filing their respective motions for summary judgment, oppositions and replies [ECF No. 101].

3. On May 26, 2023, the Parties entered into a Stipulation and Order Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(b) (Second Request), to further extend the deadlines for filing their respective motions for summary judgment, oppositions and replies [ECF No. 103].

4. On June 30, 2023, the Parties filed their respective motions for summary judgment [ECF Nos. 105, 107.]

5. The deadline for the Parties to file their oppositions to the motions for summary judgment is July 21, 2023.

6. The deadline for the Parties to file their replies in support of their motions for summary judgment is August 18, 2023.

7. On June 30, 2023, Villa Vecchio filed a Motion to Reopen Discovery Solely to Permit Disclosure of Villa Vecchio Ct. Trust Bankruptcy ("Motion to Reopen").

8. The deadline for Wells Fargo to file an opposition to the Motion to Reopen is July 14, 2023.

9. The deadline for Villa Vecchio to file a reply in support of the Motion to Reopen is July 21, 2023.

10. The Parties desire to align the briefing deadlines for the Motion to Reopen with the briefing deadlines for the motions for summary judgment.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That the briefing deadlines for the Motion to Reopen shall be aligned with the briefing deadlines for the motions for summary judgment as follows:

   a. That the deadline for Wells Fargo to file an opposition to the Motion to Reopen shall be extended from July 14, 2023 to **July 21, 2023**; and

   b. That the deadline for Villa Vecchio to file a reply in support of its Motion to Reopen shall be extended from July 21, 2023 to **August 18, 2023**.

///

///

///

///

4859-9438-2703

**IT IS SO STIPULATED.**

DATED this 11th day of July 2023.

SNELL & WILMER L.L.P.

By: */s/ Jennifer L. McBee*
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

DATED this 11th day of July 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: */s/ Christopher L. Benner*
Roger P. Croteau (NV Bar 4958)
Christopher L. Benner (NV Bar 8963)
2810 Charleston Blvd., Ste. 67
Las Vegas, NV 89102
*Attorneys for Defendant/Counterclaimant Villa Vecchio Ct. Trust*

## ORDER

The Court having considered the foregoing Stipulation and Order Modifying Briefing Schedule re Motion to Reopen Discovery ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED:**

A. That the Parties' Stipulation is approved;

B. That the briefing deadlines for the Motion to Reopen shall be aligned with the briefing deadlines for the motions for summary judgment as follows:

   1) That the deadline for Wells Fargo to file an opposition to the Motion to Reopen shall be extended from July 14, 2023 to **July 21, 2023**;

   2) That the deadline for Villa Vecchio to file a reply in support of its Motion to Reopen shall be extended from July 21, 2023 to **August 18, 2023**;

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  7-12-2023

- 4 -

4859-9438-2703

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE MOTION TO REOPEN DISCOVERY** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of July 2023.

/s/ Jill Math
An Employee of Snell & Wilmer L.L.P.