Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, and Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA VECCHIO CT. TRUST, a Nevada trust; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; THE FOOTHILLS AT SOUTHERN HIGHLANDS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00143-MMD-VCF<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS PURSUANT TO LR 7-2(B) AND MOTION TO REOPEN DISCOVERY**<br><br>**(THIRD REQUEST)** |
| VILLA VECCHIO CT. TRUST, a Nevada trust;<br><br>Counterclaimant,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS | |

4887-0644-2353

TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 AT 4801 FREDERICA STREET, OWENSBORO, KY 42301, a national association; WELLS FARGO BANK, N.A., a national association;

Counter-Defendants.

Plaintiffs/Counter-Defendants US Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-AR2 at 4801 Frederica Street, Owensboro, KY 42301 and Wells Fargo Bank, N.A. (jointly, "Plaintiffs"), and Defendant/Counterclaimant Villa Vecchio Ct. Trust ("Villa Vecchio" and together with the Plaintiffs, the "Parties"), through their counsel, for good cause shown, hereby stipulate and agree to modify the briefing schedule set by LR 7-2(b) for the remaining briefing on the Parties' pending Motions for Summary Judgment ("MSJs") and Villa Vecchio's pending Motion to Reopen Discovery ("Motion to Reopen"). In support of this request, the Parties state the following:

1. On April 11, 2023, the Court issued its Minute Order setting a deadline of 60 days within which to file dispositive motions [ECF No. 98].

2. The initial deadline for the Parties to file their respective motions for summary judgment was June 9, 2023 [ECF No. 98].

3. On April 27, 2023, the Parties entered into a *Stipulation and Order Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(b) (First Request)*, extending the deadline for filing oppositions and replies to their yet-to-be-filed respective motions for summary judgment [ECF No. 101].

4. On May 26, 2023, the Parties entered into a *Stipulation and Order Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(B) (Second Request)*, extending the

4887-0644-2353

deadline for filing oppositions and replies to their yet-to-be-filed respective motions for summary judgment [ECF No. 103].

5. On June 30, 2023, the Parties filed their motions for summary judgment ("MSJs") [ECF Nos. 105, 107].

6. On June 30, 2023, Defendant/Counterclaimant filed a *Motion to Reopen Discovery Solely to Permit Disclosure of Villa Vecchio CT. Trust Bankruptcy* ("Motion to Reopen") [ECF No. 106].

7. On July 11, 2023, the Parties entered into a *Stipulation and Order Modifying Briefing Schedule Re Motion to Reopen Discovery (First Request)*, to align the briefing deadlines for the Motion to Reopen with the briefing deadlines for the MSJs [ECF No. 108].

8. The current deadline to file oppositions to the MSJs and Motion to Reopen is July 21, 2023, and the current deadline to file replies in support of the MSJs and Motion to Reopen is August 18, 2023.

9. Good cause exists to grant a one-week extension for the Parties to file their oppositions and replies to the MSJs and Motion to Reopen to allow sufficient time for client review in light of intermittent summer unavailability.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That the deadline to file oppositions to the MSJs and Motion to Reopen shall be extended from July 21, 2023 to **July 28, 2023**; and

///

///

///

///

2. That the deadline for the Parties to file replies in support of the MSJs and Motion to Reopen shall be extended from August 18, 2023 to **August 25, 2023**.

**IT IS SO STIPULATED.**

DATED this 20th day of July 2023.                DATED this 20th day of July 2023.

SNELL & WILMER L.L.P.                            ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Jennifer L. McBee                        By: /s/ Christopher L. Benner
    Kelly H. Dove (NV Bar No. 10569)              Roger P. Croteau (NV Bar 4958)
    Jennifer L. McBee (NV Bar No. 9110)           Christopher L. Benner (NV Bar 8963)
    3883 Howard Hughes Pkwy., Suite 1100          2810 Charleston Blvd., Ste. 67
    Las Vegas, Nevada 89169                       Las Vegas, NV 89102
    *Attorneys for Plaintiffs/Counter-*            *Attorneys for Defendant/Counterclaimant*
    *Defendants US Bank National*                  *Villa Vecchio Ct. Trust*
    *Association, as Trustee, and Wells*
    *Fargo Bank, N.A.*

## ORDER

The Court having considered the foregoing Stipulation Modifying Briefing Schedule on Dispositive Motions Pursuant to LR 7-2(B) and Motion to Reopen Discovery (Third Request) ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED:**

A. That the Parties' Stipulation is approved;

B. That the deadline to file oppositions to the MSJs and Motion to Reopen shall be extended from July 21, 2023 to **July 28, 2023**; and

C. That the deadline for the Parties to file replies in support of the MSJs and Motion to Reopen shall be extended from August 18, 2023 to **August 25, 2023**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED July 20, 2023

- 4 -

4887-0644-2353

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS PURSUANT TO LR 7-2(B) AND MOTION TO REOPEN DISCOVERY (THIRD REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 20th day of July 2023.

*Jill Math*
An Employee of Snell & Wilmer L.L.P.

- 5 -

4887-0644-2353